**Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of _____

File Number _____

|  |  |  |
|---|---|---|
|  | ) |  |
| *Plaintiff,* | ) |  |
| v. | ) | Notice of Appeal |
|  | ) |  |
|  | ) |  |
| *Defendant.* | ) |  |

Notice is hereby given that Boston Firefighters Local 718, International Association of Fire Fighters, AFL-CIO, defendants in the above-named case*, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment denying Defendant's Motion to Dismiss all claims for failure state a claim on which relief can be granted entered in this action.

Respectfully Submitted,
Boston Firefighters Local 718,
International Association of Fire
Fighters, AFL-CIO
By its attorney,

/s/ Hailey Ferguson
Hailey S. Ferguson BBO# 713081
Barrault and Associates LLC
3 Boulevard Street,
Milton, MA 02186
(949) 315-9367
hailey@barraultlaw.com

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants